**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UPL NA, INC., | CV 19-1201-RSWL-KS |
| Plaintiff, | **ORDER re: Joint Request for Stay [76]** |
| v. | |
| TIDE INTERNATIONAL (USA), INC.; ZHEJIANG TIDE CROPSCIENCE CO., LTD.; and NINGBO TIDE IMP. & EXP. CO., LTD., | |
| Defendants. | |

Currently before the Court is Defendant Tide International (USA), Inc.; Defendant Zhejiang Tide CropScience Co., Ltd.; and Defendant Ningbo Tide Imp. & Exp. Co., Ltd., (collectively, "Defendants") and Plaintiff UPL NA, Inc.'s ("Plaintiff") Joint Request For Stay ("Request").

1

The parties request a temporary stay of all deadlines and discovery in this Action. Specifically, the parties contend that their "discovery efforts are being significantly impacted by the outbreak of coronavirus. Both parties have sought materials and testimony from witnesses who are located outside of the United States, including in China, and given current travel restrictions and quarantine rules, obtaining the discovery sought at this time is impractical, if not impossible." Request 2:6-12, ECF No. 76. Having considered the parties' Request, the Court **NOW FINDS AND RULES AS FOLLOWS**: the Court **GRANTS in part** and **DENIES in part** the Request.

The instant Request is predicated on discovery related challenges faced in connection with the recent coronavirus outbreak. The Court acknowledges these obstacles; however, the Court sees no basis to vacate the upcoming Markman/Claim Construction Hearing (the "Markman Hearing") date set for Tuesday, March 10, 2020. The parties' briefs and supporting documents have been submitted to the Court [63, 66, 69, 71, 72, 73]. Further, the parties previously agreed not to present live expert testimony at this hearing. See Joint Claim Construction Statement 3:13-17, ECF No. 63. Given that no witnesses will be testifying at the Markman Hearing and the necessary documents have been submitted, the Court finds no basis to continue this date. As such, the Court **DENIES** the Request as it

relates to the Markman Hearing date.

Nevertheless, the Court finds good cause to vacate the other dates presented in the Request.  The Court hereby **GRANTS** the Request as to the following dates:

| | |
|---|---|
| Plaintiff Letter Brief on Discovery Dispute | March 10, 2020 |
| Defendants Letter Brief on Discovery Dispute | March 17, 2020 |
| All Parties Serve Final Infringement/Invalidity Contentions | April 30, 2020 |
| Fact Discovery Cutoff | May 12, 2020 |
| Expert Discovery Cut Off | June 16, 2020 |
| Dispositive Motion Filing Cut-Off | July 14, 20120 |
| Final Pretrial Conference | September 1, 2020 |
| Jury Trial (5-7 Day Estimate) | September 29, 2020 |

The parties shall submit a joint status report no later than April 20, 2020.

**IT IS SO ORDERED.**

DATED: March 6, 2020         /s/ Ronald S.W. Lew

                             **HONORABLE RONALD S.W. LEW**
                             Senior U.S. District Judge